ACCEPTED
01-15-00213
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/28/2015 4:34:09 PM
CHRISTOPHER PRINE
CLERK

## CAUSE NO. 01-15-00213-CR

| | | |
|---|---|---|
| **EXPARTE** | § | **IN THE COURT OF APPEALS** |
| | § | FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS |
| | § | |
| | § | 7/28/2015 4:34:09 PM |
| | § | |
| **ANTHONY MICHAEL LONGORIA** | § | **1ST DISTRICT OF TEXAS**<br>CHRISTOPHER A. PRINE<br>Clerk |

### MOTION FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF ON BEHALF OF APPELLANT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Appellant, ANTHONY MICHAEL LONGORIA, by and through the undersigned attorney of record filing this Motion for Extension of Time to File Appellate Brief on Behalf of the Defendant and would show unto the Court the following:

1.    Appellant's brief is currently due on August 6, 2015.

2.    On August 3, 2015, Appellant's attorney, Adam B. Brown, is set for jury trial on a murder case, case styled *State of Texas v. Thomas Ray Graham;* Case No. 14-CR-2641; pending in the 10th District Court of Galveston, Texas.

3.    Appellant's attorney respectfully requests a 30 day extension from date Appellant's brief is due.

4.    This request is in the interest of justice and not merely to seek delay.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Motion be GRANTED.

Respectfully submitted,


*/s/ Adam B. Brown*
ADAM B. BROWN
TBA No. 24003775
300 Main Street, Suite 200
Houston, Texas 77002
Telephone:  (713) 223-0051
Facsimile:  (713) 228-0034

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion was filed electronically with the 1st Court of Appeals on this the 28th day of July 2015.

*/s/ Adam B. Brown*
ADAM B. BROWN

**CAUSE NO.01-15-00213-CR**

| | | |
|---|---|---|
| **EXPARTE** | § | **IN THE COURT OF APPEALS** |
| | § | |
| | § | |
| | § | |
| | § | |
| **ANTHONY MICHAEL LONGORIA** | § | **1ST DISTRICT OF TEXAS** |

## <u>ORDER</u>

On this the _____ day of _____, 2015, came on to be considered

Appellant's Motion For Extension of Time to File Appellant's Brief was GRANTED.

Signed on _____ 2015.


_____

JUDGE PRESIDING